# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>VICTOR EDGARDO RIVERA ZAYAS<br><br>DEBTOR | CASE NO. 19-03277 EAG<br><br>CHAPTER 13 |

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

    **COMES NOW**, Osmarie Navarro Martínez, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

    1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-3(k)**

    2. According to the record of the case, debtor(s) has/have domestic support obligation.

    3. Debtor(s) has/have **NOT** certified that all amounts payable under the domestic support obligation(s) are current.

    4. The trustee has not been able to determine if debtor(s) is/are current with domestic support obligation(s) and the debtor has not applied for a waiver under this statute.

**11 U.S.C. 1328(f) Prior Discharge**

    5. Debtor(s) has/ have NOT a discharge under Chapter 7, 11 OR 12 during the 4-year period preceding the date of the filing of this petition.

    6. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**Instructional Course Requirement**

    7. Debtor(s) has/have resides in a district for which the United States trustee (or the bankruptcy administrator, if any) determines that the approved certificate of Credit Counseling courses is not adequate to service the additional individuals who would otherwise be required to complete such instructional course.

    8. Debtor(s) has/have **NOT** filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

    9. Section 1328(h) is not applicable in the present case.

    **WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to the following: Assistant United States Trustee for the District of Puerto Rico, Debtor(s) counsel and all parties registered to receive electronic notifications. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor(s).

    In San Juan, Puerto Rico, this **09/17/2024.**

**OSMARIE NAVARRO MARTINEZ**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500
support@ch13sju.com

By: ***/s/ OSMARIE NAVARRO MARTINEZ***
OSMARIE NAVARRO MARTINEZ
JAR-CCA
